IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 8, 2008

Charles R. Fulbruge III
Clerk

No. 06-11403
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

FREDERICK WILLIAM STURM, JR

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:05-CR-16-5

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Frederick William Sturm, Jr. has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Sturm has filed a response. The record is insufficiently developed to allow consideration at this time of Sturm's conflict of interest and ineffective assistance of counsel claims. See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record, counsel's brief, and Sturm's response discloses no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.